### 10857.  BLAIR *v.* REDWINE.

SMITH, J.  There was evidence to support the verdict in this case, the charge of the court was more favorable to the contentions of the plaintiff in error than to those of the defendant in error, and a careful consideration of the special grounds of the motion for a new trial fails to disclose any reversible error.  The court therefore did not err in overruling the motion for a new trial.

*Judgment affirmed.  Jenkins, P. J., and Stephens, J., concur.*

DECIDED DECEMBER 16, 1919.

Complaint; from Douglas superior court—Judge Irwin.  July 2, 1919.

*W. A. James, J. S. James,* for plaintiff in error.

*J. R. Hutcheson,* contra.